UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NETGEAR, INC., <br><br> Plaintiff, <br><br> v. <br><br> NETGR ROUTER, WAVLINK SUPPORT, WIFIEXT LLC a/k/a MYWIFIEXTNET, MYWIFIEXT, and WIFI EXT, MYWIFINETWORK, WEB ENCHANTERS, NET GEAR, NETGENIE, WIFI SUPPORT, SECURITYUPDATE, EXTENDER SUPPORT, NETGENIEEXT, GEEKZ SOLUTIONS, ROUTER TECH, AND JOHN DOES 1-5, <br><br> Defendants. | Civil Action No. 1:24-cv-12071-IT |

**AFFIDAVIT OF MORGAN T. NICKERSON**

Pursuant to Federal Rule of Civil Procedure 55(b)(2), I, Morgan T. Nickerson, counsel to Plaintiff NETGEAR, Inc. ("NETGEAR") in support of its Motion for Damages in Support of its Granted Motion for Default against Defendants NETGR Router ("NETGR"), Wavlink Support, WifiExt LLC a/k/a MyWifiExtNet, MyWifiExt, and WifiExt; MyWifiNetwork, Web Enchanters, Net Gear, NetGenie, Wifi Support, SecurityUpdate, Extender Support, NetGenieExt (collectively, "Defendants"), hereby submit the following affidavit:

1. My name is Morgan T. Nickerson, and I am employed as an attorney at the law firm of K&L Gates LLP.

2. I am counsel in this matter to NETGEAR.

3. NETGEAR filed its Complaint in this matter on August 12, 2024.  ECF No. 1.

4. NETGEAR filed an Amended Complaint in this matter on February 6, 2025.  ECF No. 9.

5. True and accurate copies of the (1) Complaint and (2) Summons were served upon Defendants on March 13, 2025 as set forth in the Affidavit of Service filed with the Court. ECF No. 17.

6. As discussed in NETGEAR's Motion for Default Judgment, the time for Defendants to file an Answer or otherwise respond to the Complaint elapsed on April 3, 2025. ECF No. 17.

7. Defendants did not file an Answer or otherwise respond to the Complaint.

8. Pursuant to Rule 55(a), "when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Fed. R. Civ. P. 55(a).

9. As such, a default was entered by the clerk against Defendants on April 10, 2025. ECF No. 20.

10. On May 7, 2025, NETGEAR filed its Motion for Default Judgment. ECF No. 24.

11. On June 27, 2025, the Court entered Judgment as to the Defendants. ECF No. 26.

12. Pursuant to 15 U.S.C. § 1117, NETGEAR is entitled to recover from Defendant the gains, profits, and advantages that it has obtained as a result of its unlawful acts.

13. According to the Judgment, NETGEAR was allowed to conduct post-judgment discovery in order to determine Defendants' sales and actual damages. NETGEAR sent a subpoena to PayPal for Defendants' sales of NETGEAR products.

14. On July 31, 2025, NETGEAR received an excel spreadsheet of Defendants' sales in response to its subpoena to PayPal. A true and accurate copy of the document is attached hereto as Exhibit A.[1]

---

[1] This was received from PayPal as an excel spreadsheet which can be difficult to print. Should the Court wish to receive and review a copy of the native excel file, one can certainly be provided to the Court.

- 3 -

15. According to PayPal, between January 1, 2020 and July 31, 2025, Defendants' total sales for NETGEAR products were $863,630.89.

16. According to PayPal, Defendant NETGR's total sales were $564,406.94.

17. According to PayPal, Defendants Wavlink Support, WifiExt LLC a/k/a MyWifiExtNet, MyWifiExt, and WifiExt, MyWifiNetwork, Web Enchanters, Net Gear, NetGenie, Wifi Support, SecurityUpdate, Extender Support, NetGenieExt total sales were $299,223.95.


Signed under the penalties of perjury this 13th day of August 2025.


                                                    */s/ Morgan T. Nickerson*
                                                  Morgan T. Nickerson