UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NETGEAR, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>NETGR ROUTER, WAVLINK SUPPORT, WIFIEXT LLC a/k/a MYWIFIEXTNET, MYWIFIEXT, and WIFI EXT, MYWIFINETWORK, WEB ENCHANTERS, NET GEAR, NETGENIE, WIFI SUPPORT, SECURITYUPDATE, EXTENDER SUPPORT, NETGENIEEXT, GEEKZ SOLUTIONS, ROUTER TECH, AND JOHN DOES 1-5,<br><br>    Defendants. | Civil Action No. 1:24-cv-12071-IT |

**Amended [~~PROPOSED~~] JUDGMENT**

This action having been commenced by the filing of the Complaint on August 12, 2024 and a copy of the Summons and Complaint having been properly served on defendants NETGR Router ("NETGR"), Wavlink Support, WifiExt LLC a/k/a MyWifiExtNet, MyWifiExt, and WifiExt; MyWifiNetwork, Web Enchanters, Net Gear, NetGenie, Wifi Support, SecurityUpdate, Extender Support, NetGenieExt, Geekz Solutions, Router Tech (collectively, "Defendants") on March 13, 2025, and Defendants not having answered the Complaint and the time for answering having expired, and the Clerk of the Court properly entering a Default on April 10, 2025, it is:

**ORDERED, ADJUDGED AND DECREED:** That Defendants have violated 15 U.S.C. § 1114 and 15 U.S.C. § 1125(a) by unfairly competing against Plaintiff NETGEAR, Inc.

("NETGEAR" or "Plaintiff") by using NETGEAR's trademarks to impersonate NETGEAR and con consumers into purchasing NETGEAR Products and services which they never provided.

**ORDERED, ADJUDGED AND DECREED:** That NETGEAR have judgment against Defendants for Defendants' profits from promoting, soliciting, and selling NETGEAR Products and services to consumers via the Websites and Emails Addresses for actual damages pursuant to 15 U.S.C. § 1117.

**ORDERED, ADJUDGED AND DECREED:** That NETGEAR has judgment against Defendants in the amount of $863,630.89, $564,406.94 from Defendant NETGR and $299,223.95 from Defendants Wavlink Support, WifiExt LLC a/k/a MyWifiExtNet, MyWifiExt, and WifiExt, MyWifiNetwork, Web Enchanters, Net Gear, NetGenie, Wifi Support, SecurityUpdate, Extender Support, and NetGenieExt acting in concert, in accordance with 15 U.S.C. § 1117(a) for Defendants' unfair competition against NETGEAR by using NETGEAR's trademarks to impersonate NETGEAR and con consumers into purchasing NETGEAR Products and services which they never provided.

**ORDERED, ADJUDGED AND DECREED:** That Defendants, their officers, agents, servants, employees, and any persons or entities acting in concert or participation with them, including, but not limited to those utilizing the email addresses: support@netgrouter.support, humawebenterprises@gmail.com, parvejwebservices@gmail.com, karanwebenterprises@gmail.com, saunoowebservices@gmail.com, prateekwebenterprises@gmail.com, mahaveerwebservices@gmail.com, NETGEARwebworld@gmail.com, deepalenterprisesweb@gmail.com, support@mywifiextension.net, netgenienetwork@outlook.com, paidformywifiext@gmail.com, mywifiextus@outlook.com, contractgeekzonline@gmail.com and foods247@gmail.com (the

"Email Addresses"), and including, but not limited to, routersetupforyou.com, routeruniverse.com, routerappsetup.com, my-wifi-extnet.us, mywifiexxtnet.us, mywifiextelp.net, mywifiextsetup.us, myeifiext-ext.net, and mywifiexte.xyz; (the "Websites"), any website, website host, website, administrator, domain registrar, or internet service provider, hosting or enabling Defendants, are hereby **ENJOINED** from:

    a.    using the NETGEAR Marks or any other of NETGEAR's intellectual property;

    b.    acquiring, or taking any steps to acquire, any NETGEAR Products;

    c.    selling, or taking any steps to sell, any NETGEAR Products;

    d.    engaging in any activity constituting unfair competition with NETGEAR; and

    e.    inducing, assisting, or abetting any other person or entity in engaging in or performing any of the business activities described in the paragraphs above.

**ORDERED, ADJUDGED AND DECREED:** That Defendants correct any erroneous impression consumers may have derived concerning the nature, characteristics, or qualities of Defendants' Products and services, including without limitation, the placement of corrective advertising and providing written notice to the public and their prior customers.

**ORDERED, ADJUDGED AND DECREED:** That until such time as Defendants correct their advertisements and use of the NETGEAR Marks on their websites, the following websites are disabled and/or restricted:

    a.    routersetupforyou.com;

    b.    routeruniverse.com

    c.    routerappsetup.com;

    d.    my-wifi-extnet.us;

    e.    mywifiexxtnet.us;

    f.    mywifiextelp.net;

    g.    mywifiextsetup.us;

    h.    myeifiext-ext.net; and

      i.      mywifiexte.xyz.

Dated: 12/10/2025        /s/ Indira Talwani
                                      Indira Talwani
                                      United States District Judge