UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NETGEAR, INC.,<br><br>               Plaintiff,<br><br>    v.<br><br>NETGR ROUTER, WAVLINK SUPPORT,<br>WIFIEXT LLC a/k/a MYWIFIEXTNET,<br>MYWIFIEXT, and WIFI EXT,<br>MYWIFINETWORK, WEB ENCHANTERS,<br>NET GEAR, NETGENIE, WIFI SUPPORT,<br>SECURITYUPDATE, EXTENDER<br>SUPPORT, NETGENIEEXT, GEEKZ<br>SOLUTIONS, ROUTER TECH, AND JOHN<br>DOES 1-5,<br><br>               Defendants. | Civil Action No. 1:24-cv-12071-IT |

**PLAINTIFF'S MOTION FOR ISSUANCE OF EXECUTION**

Now comes Plaintiff NETGEAR, Inc. ("Plaintiff" or "NETGEAR") and hereby requests

that this Court issue an Execution on the Amended Judgment (ECF No. 30) (the "Judgment")

entered against Defendants on December 10, 2025. *See* Exhibit A, B, Writ of Execution. As it has

been 13 days since the issuance of the Judgment, immediate issuance of the Execution is proper.

*See* Exhibit C, Judgment.

WHERFORE, NETGEAR prays that the Court issue an execution in its favor and that the

Court grant such other and further relief as is just.

*[Signature page follows]*

Respectfully submitted,

NETGEAR, Inc.

By Its Attorney,


/s/ Shaina M. Lefkowitz
Morgan T. Nickerson, Bar No. 667290
morgan.nickerson@klgates.com
Shaina M. Lefkowitz, Bar No. 694338
Shaina.lefkowitz@klgates.com

K&L GATES LLP
1 Congress Street
Suite 2900
Boston, Massachusetts  02114-2023
Telephone:    +1 617 261 3100
Facsimile:     +1 617 261 3175

Dated: December 23, 2025