# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**FIRST EXECUTION**                                CIVIL ACTION NO. 1:24-cv-12071-IT

To the United States Marshal for the District of Massachusetts or either of his Deputies and to_____, Special Process Server:

WHEREAS NETGEAR INC._____has recovered judgment against_____ Wavlink Support, WifiExt LLC a/k/a __MyWifiExtNet, MyWifiExt, and WifiExt, MyWifiNetwork, Web Enchanters, Net Gear, NetGenie, Wifi Support, SecurityUpdate, Extender Support, and NetGenieExt on the 10___day of December____, __2025, for the sum of $___299,223.95____, debt or damage, pre-judgment interest in the amount of $ _0, and costs of this suit in the amount of $ _0_____; as to us appears of record, whereof this First Execution remains to be done,

WE COMMAND YOU, therefore, that of the goods and chattels or lands of the said Judgment Debtor, to cause to be paid and satisfied unto the said Judgment Creditor, at the value thereof in money, the aforesaid sums, being a total of $___299,223.95____, in whole, with interest thereon at the rate of 0__% from said day of rendition of said judgment; and thereof also to satisfy yourself for your own fees.

HEREOF FAIL NOT and make due return of this Writ with your doings thereon into the Clerk's Officer of our said court, as 1 Courthouse Way, Boston, Massachusetts, within Twenty (20) years after the date of said judgment, or within Ten (10) days after this Write has been satisfied of discharged,

Dated this__24th____day of __December_____.

ROBERT M. FARRELL
CLERK OF COURT

By:    /s/ Savannah Cook
       _____
       Deputy Clerk

1604681550.1